FILED
2022 Jul-08  PM 03:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH HOLT, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-cv-00885-AKK |
| | ) | |
| AMERICAN MODERN PROP. | ) | **OPPOSED MOTION** |
| AND CASUALTY INS. CO., | ) | |
| Defendant. | ) | |

## AMERICAN MODERN'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendant American Modern Property & Casualty Insurance Company ("American Modern") moves this Honorable Court to enter final judgment in its favor, as a matter of law, as to all claims made by Plaintiff Joseph Holt. In support thereof, American Modern states as follows:

1.     This is an insurance dispute arising from a fire claim and Holt's misrepresentations.

2.     In July 2017, Holt purchased a rental property located at 1228 4th Place North, Birmingham, Alabama, for $8,000.

3.     More than three years later, Holt applied for insurance with American Modern, but he misrepresented the purchase date, purchase price, and period of time the subject property was uninsured.

4.     Less than three weeks after Holt applied for insurance, the subject property was destroyed by an incendiary fire.

5.      American Modern discovered Holt's policy application misrepresentations during its investigation of Holt's fire claim. As a result, it rescinded the policy and denied coverage for the claim.

6.      Holt filed this lawsuit against American Modern seeking damages for breach of contract and bad faith.

7.      As set forth more fully in American Modern's Brief and Evidentiary Materials filed contemporaneously with this Motion, there is no genuine issue of material fact, and American Modern is entitled to final judgment in its favor, as a matter of law, because American Modern properly rescinded the policy and denied coverage based on Holt's policy application misrepresentations.

8.      However, American Modern is also entitled to summary judgment based on the additional grounds set forth in American Modern's Brief, which include Holt's post-loss misrepresentations and arson defense.

9.      Finally, American Modern is entitled to summary judgment on Holt's bad faith claim because it had, at a minimum, a reasonable or arguable basis for its coverage decisions.

WHEREFORE, Defendant American Modern Property & Casualty Insurance Company respectfully requests this Court enter judgment as a matter of law in its favor.

Respectfully submitted,

DATED:  July 8, 2022          */s/ Brandon J. Clapp*
F. Lane Finch, Jr. (ASB-0027-I58F)
Brandon J. Clapp (ASB-3990-D82W)
*Attorneys for Defendant*

**OF COUNSEL:**
**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
2 North 20th Street, Suite 1405
Birmingham, AL 35203
T: (205) 314-2406
F: (205) 244-1373
lane.finch@swiftcurrie.com
brandon.clapp@swiftcurrie.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 8, 2022, the foregoing was served upon the following attorney(s) of record by one or more of the following means in accordance with the Federal Rules of Civil Procedure:

[✓]   CM/ECF Electronic Filing
[]    Email
[]    U.S. Mail
[]    Facsimile
[]    Hand Delivery

Richard A. Rice, Esquire
rrice@rice-lawfirm.com
*Attorney for Plaintiff*

/s/ Brandon J. Clapp
OF COUNSEL

4890-0473-6808, v. 1