FILED
2022 Jul-11  AM 09:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JOSEPH HOLT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| **vs.** | ) | Civil Action Number |
| | ) | **2:21-cv-885-AKK** |
| | ) | |
| **AMERICAN MODERN HOME** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

## BRIEFING SCHEDULE

The court has before it the Motion for Summary Judgment filed by the Defendant (doc. 14). The parties are reminded of the briefing schedule outlined in the Scheduling Order (doc. 6).

Done this the 11th day of July 2022.


_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE