FILED
2022 Sep-08  PM 01:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT

Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

| | | |
|---|---|---|
| Joseph Holt. | } | |
| Plaintiff(s) | } | |
| v. | } | Case Number:   2:21-cv-0885-AKK |
| | } | |
| American Modern Home Insurance Company | } | |
| Defendant(s) | } | |

## NOTICE OF REASSIGNMENT

The Court is reassigning the remaining pending cases for Judge Abdul K. Kallon.  The above-styled civil action has been reassigned to Judge Madeline Haikala.  Please use case number 2:21-cv-0885-MHH on all subsequent pleadings.

DATED: September 8, 2022                                    SHARON HARRIS, CLERK


                                                          By: Joseph Colvin
                                                               Deputy Clerk


SNH:JLC

xc:   Judges
       Counsel