FILED

2024 Feb-14  PM 03:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOSEPH HOLT,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:21-cv-00885-MHH** |
| | ) | |
| **AMERICAN MODERN HOME** | ) | |
| **INSURANCE COMPANY,** | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff Joseph Holt, and Defendant American Modern Home

Insurance Company, by and through their respective counsel of record, and pursuant

to Fed. R. Civ. P. 41 hereby jointly stipulate to the dismissal of all claims pending

in this case, with prejudice, each party to bear its, his or her own costs, fees and

expenses, including attorney's fees.

Respectfully submitted,

DATED:  February 14, 2024

/s/ Brandon J. Clapp
F. Lane Finch, Jr. (ASB-0027-I58F)
Brandon J. Clapp (ASB-3990-D82W)
*Attorneys for Defendant*

1

**OF COUNSEL:**
**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
1901 Sixth Avenue North, Suite 1100
Birmingham, AL 35203
T: (205) 314-2406
F: (205) 244-1373
lane.finch@swiftcurrie.com
brandon.clapp@swiftcurrie.com

/s/ *Richard A. Rice (with permission)*
Richard A. Rice
*Attorney for Plaintiff Joseph Holt*

**OF COUNSEL:**
**THE RICE FIRM, LLC**
115 Richard Arrington Jr., Blvd. North
Birmingham AL, 35203
T: (205) 618-8733
F: (888) 391-7193
rrice@rice-lawfirm.com

4876-7746-9093, v. 1

2